585 A.2d 390

JAMES BAKER v. JOSEPH E. BUTLER.

October 10, 1990.

Petition for certification denied.

585 A.2d 390

CARMELO ROMAN v. RUTGERS CASUALTY
INSURANCE COMPANY.

October 10, 1990.

Petition for certification denied.

585 A.2d 390

WEST JERSEY HEALTH SYSTEMS–EASTERN DIVISION v.
TOWNSHIP OF VOORHEES.

October 10, 1990.

Petition for certification denied.

585 A.2d 390

WEST JERSEY HEALTH SYSTEMS–EASTERN DIVISION v.
TOWNSHIP OF VOORHEES.

October 10, 1990.

Cross-petition for certification denied.